# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 25-62123-CIV-SMITH

PAUL DUMAS,

     Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,

     Defendants.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT  EQUIFAX INFORMATION SERVICES, LLC

Plaintiff Paul Dumas ("**Plaintiff**") and Defendant Equifax Information Services, LLC (hereinafter, "**Equifax**"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that all claims and causes of action that Plaintiff asserted in the above-captioned lawsuit against Equifax *only* are dismissed *with prejudice*, with court costs and attorneys' fees to be paid by the party incurring the same.

Dated: May 28, 2026

/s/ *Craig C. Marchiando*
Craig C. Marchiando (FBN 1010769)
Mark Leffler (admitted pro hac)
**CONSUMER LITIGATION ASSOCIATES, P.A.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Phone: (757) 930-3660

/s/ *Paige E. Vacante*
[*E-signature added with permission*]
Paige E. Vacante (FBN 1019135)
**SEYFARTH SHAW LLP**
233 S. Wacker Drive
Chicago, IL 60606-6448
312-460-5121

**Error! Unknown document property name.**

craig@clalegal.com
mark@clalegal.com
*Counsel for Plaintiff*

Email: pvacante@seyfarth.com
*Counsel for Defendant Equifax*
*Information Services, LLC*

**Error! Unknown document property name.**