**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-62123-CIV-SMITH**

PAUL DUMAS,

     Plaintiff,

vs.

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,

     Defendants.

_____/

**FINAL ORDER OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC**

This cause is before the Court on the Joint Stipulation for Dismissal with Prejudice as to Defendant Equifax Information Services, LLC [DE 67], dismissing the claims against Defendant Equifax Information Services, LLC.  Upon consideration, it is:

ORDERED that Defendant Equifax Information Services, LLC is **DISMISSED with prejudice.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 28th day of May, 2026.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record