**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-62123-CIV-SMITH**

PAUL DUMAS,

     Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,

     Defendants.

**JOINT STIPULATION FOR DISMISSAL WITH**
**PREJUDICE AS TO DEFENDANT  EXPERIAN INFORMATION**
**SOLUTIONS, INC.**

Plaintiff Paul Dumas ("**Plaintiff**") and Defendant Experian Information Solutions, Inc. (hereinafter, "**Experian**"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that all claims and causes of action that Plaintiff asserted in the above-captioned lawsuit against Experian *only* are dismissed *with prejudice*, with court costs and attorneys' fees to be paid by the party incurring the same.

    Dated: June 16, 2026

/s/ *Craig C. Marchiando*
Craig C. Marchiando (FBN 1010769)
Mark Leffler (admitted pro hac)
**CONSUMER LITIGATION ASSOCIATES,**
**P.A.**
763 J. Clyde Morris Blvd., Suite 1-A

/s/ *Armand del Castillo*
[*E-signature added with permission*]
Armand del Castillo (FBN 1049596)
JONES DAY
Brickell World Plaza

Newport News, VA 23601
Phone: (757) 930-3660
craig@clalegal.com
mark@clalegal.com
*Counsel for Plaintiff*

600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 714-9631
adelcastillo@jonesday.com
*Counsel for Defendant*
*Experian Information Solutions,*
*Inc.*

144662461.1