**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-62123-CIV-SMITH**

PAUL DUMAS,

      Plaintiff,

vs.

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,

      Defendants.

_____/

### FINAL ORDER OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.

This cause is before the Court on the Joint Stipulation for Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. [DE 69], dismissing the claims against Defendant Experian Information Solutions, Inc.  Upon consideration, it is:

ORDERED that Defendant Experian Information Solutions, Inc. is **DISMISSED with prejudice.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 16th day of June, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record