**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

PAUL DUMAS,

        Plaintiff,

                                 Case No. 0:25-cv-62123-RS

vs.

EQUIFAX INFORMATION
SERVICES, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
TRANS UNION, LLC; TD BANK,
NATIONAL ASSOCIATION;
JPMORGAN CHASE BANK, N.A.; and
VALLEY NATIONAL BANK,

        Defendants.

_____/

**JOINT MOTION FOR LEAVE TO CONDUCT
MEDIATION VIA ZOOM VIDEOCONFERENCE**

Plaintiff PAUL DUMAS and Defendant VALLEY NATIONAL BANK (together, the "Parties"), through undersigned Counsel, and pursuant to Local Rule 16.2(e), jointly move the Court for leave to conduct the mediation in this matter remotely via Zoom video conference. In support, the Parties state:

1.     The Parties seek leave from the Court to conduct the mediation in this matter remotely via Zoom video conference, rather than in person.

2.     The Parties have scheduled their mediation for August 4, 2026, at 9:00 a.m., for a half day, with mediator Greg Holder. Mr. Holder's offices are in Tampa, Florida.

3.     Plaintiff's Counsel, Craig Marchiando and Mark Leffler, are located in Newport News, Virginia. They estimate that to travel to Tampa for the mediation

will require $5,500 in attorney lodestar for travel alone, separate from the time needed to prepare for and participate in the mediation. Adding hotel rooms, meals, and travel to and from the airport will likely push travel expenses past the $7,000 mark.

4.      Moreover, the representative for Valley National Bank resides in New Jersey, and will incur additional travel expenses to attend the mediation in person in Tampa.

5.      The Parties therefore submit that saving these expenses would benefit the respective sides without impacting the effectiveness of the mediation. Plaintiff's Counsel has mediated extensively with Mr. Holder, always remotely, and those proceedings have nearly always resulted in the resolution of the disputed claims. Counsel has no reason to believe this case presents any difficulties to holding the mediation remotely.

6.      Good cause therefore exists for this request because the Parties and their counsel are geographically dispersed, and permitting a remote proceeding will save significant travel costs.

7.      Requiring in-person attendance would impose substantial travel time and expense on the Parties and their representatives without any corresponding benefit to the mediation process.

8.      The Parties certify that conducting the mediation by Zoom will have no adverse effect on the potential for settlement and that the matter is just as likely to resolve if the mediation is conducted via Zoom versus in person.

9.      The Parties further certify and agree that a Zoom mediation will present the best mode of conflict resolution for their respective clients under the circumstances of this case.

10.     The Parties have contacted Mr. Holder, and have obtained the mediator's consent that the mediation may proceed via Zoom video conference.

11.     Counsel for the Parties have conferred and jointly consent to the proposed relief.

WHEREFORE, the Parties jointly and respectfully request that the Court grant this Joint Motion, enter the accompanying proposed order, and grant such other and further relief as the Court deems just and proper.

## Local Rule 7.1(a)(3) Certification

Pursuant to Local Rule 7.1(a)(3), Counsel for the Parties conferred regarding the relief requested herein. Defendant Valley National Bank agrees to the proposed relief and joins in this Motion. The Parties jointly submit this Motion.

*/s/ Craig C. Marchiando*
Craig C. Marchiando
Florida Bar No.: 1010769
Craig@clalegal.Com
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: *(757) 930-3662*

*Counsel for Plaintiff*

_/s/ Andrew W. Lennox_

Andrew W. Lennox
Florida Bar No.: 937681
alennox@lennoxlaw.com
**LENNOX LAW, P.A.**
P.O. Box 20505
Tampa, FL  33622
Telephone:  (813) 831-3800
Facsimile:  (813) 749-9456

_Counsel for Defendant Valley National Bank_