**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

PAUL DUMAS,

    Plaintiff,

v.                             Case No.: 0:25-cv-62123-RS

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, TD BANK, NATIONAL
ASSOCIATION, JPMORGAN CHASE BANK,
N.A., and VALLEY NATIONAL BANK,

    Defendants.

_____/

**DEFENDANT'S WITNESS LIST**

Defendant, VALLEY NATIONAL BANK ("Valley"), by and through its undersigned counsel and pursuant to this Court's Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge (the "Order"), hereby discloses the following:

1.     A list of the names and addresses of all lay and expert witnesses who are expected to testify at trial:

    a.   Corporate representative of Valley National Bank, c/o Andrew W. Lennox, Esq., Lennox Law, P.A., P.O. Box 20505, Tampa, FL 33622. Will testify regarding Defendant's documents and records, as well as Defendant's policies and procedures relating to the claims brought by the Plaintiff, if necessary.

    b.   Plaintiff, Paul Dumas, c/o Craig C. Marchiando, Esq., Consumer Litigation Associates, P.C., 763 J. Clyde Morris Blvd., Suite 1-A, Newport News, Virginia 23601.

    g.   All witnesses identified by Plaintiff.

    h.   All witnesses needed for impeachment and/or rebuttal.

    i.   All other witnesses identified by any party in discovery.

Valley reserves the right to amend and/or supplement the witness list provided herein, as set forth in the Order or otherwise as provided by law.

Dated: July 6, 2026

/s/ Andrew W. Lennox
Andrew W. Lennox        (FBN: 937681)
alennox@lennoxlaw.com
Casey Reeder Lennox      (FBN: 041986)
clennox@lennoxlaw.com
LENNOX LAW, P.A.
PO Box 20505
Tampa, FL 33622
Tel:  813-831-3800
Fax: 813-749-9456
*Counsel for Defendant, Valley National Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on those parties receiving electronic notices via CM/ECF on this 6th day of July 2026.


s/ Andrew W. Lennox
Attorney