**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

PAUL DUMAS,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC,
TD BANK, NATIONAL ASSOCIATION,
JP MORGAN CHASE BANK, N.A., and
VALLEY NATIONAL BANK,

      Defendants.

Case No. 0:25-cv-62123-RS
District Judge Rodney Smith
Magistrate Judge Patrick M. Hunt

## PLAINTIFF'S LIST OF TRIAL WITNESSES

COMES NOW the Plaintiff, PAUL DUMAS, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 26(a)(3) and paragraph 6 of the Court's Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge (ECF No. 40), hereby files this list containing the names and addresses of all fact witnesses, including rebuttal witnesses, and expert witnesses whom Plaintiff may call at the trial of this matter. Plaintiff reserves the right to amend or supplement this list as discovery and trial preparation continue.

### I.    FACT WITNESSES

1.    **Paul Dumas (Plaintiff)**
15645 Breakwater Lane
Spring Hill, FL 34610
and
2817 NE 20th Court
Ft. Lauderdale, FL 33305
Telephone: (484) 885-8299

(May be contacted through undersigned counsel for Plaintiff.)

2. **Jodi Dumas**
2817 NE 20th Court
Fort Lauderdale, FL 33305
Telephone: (610) 417-3855
(May be contacted through undersigned counsel for Plaintiff.)

3. **Corporate Representative(s) and/or Employee(s) of TD Bank, National Association**
c/o Carolina Zambrano Goncalves
Duane Morris LLP
201 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 960-2244

4. **Corporate Representative(s) and Employees of Valley National Bank, including  Heather VanDunk and Tosha Patel**
70 Speedwell Avenue
Morristown, NJ 07960
Telephone: (800) 522-4100

5. **Corporate Representative(s) and/or Employee(s) of Trans Union, LLC**
c/o Alexandria N. Epps
Quilling Selander Lownds Winslett Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 560-5463

6. **Corporate Representative(s) and/or Employee(s) of Equifax Information Services, LLC**
c/o Paige Elizabeth Vacante
Seyfarth Shaw LLP
233 S. Wacker Drive
Chicago, IL 60606-6448
Telephone: (312) 460-5121

7. **Corporate Representative(s) and/or Employee(s) of Experian Information Solutions, Inc.**
c/o Armand Andrew del Castillo
Jones Day

2

600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9631

9.    Any and all witnesses identified, listed, or called by any Defendant.

May be contacted through their respective counsel of record.

10.    Any and all witnesses necessary for rebuttal or impeachment, including any witness whose testimony becomes necessary in response to the evidence or witnesses offered by Defendants.

11.    Any and all witnesses necessary to authenticate documents, records, or exhibits, and any custodian(s) of records to the extent authenticity or admissibility is not stipulated by the parties.

Plaintiff reserves the right to call any witness identified or disclosed by any other party, to call witnesses solely for the purposes of impeachment or rebuttal, to call records custodians as necessary for authentication, and to supplement or amend this list as permitted by the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Southern District of Florida, and further order of this Court.

Dated: July 6, 2026.

Respectfully submitted,

By: /s/ Craig C. Marchiando
Craig C. Marchiando (Fla. Bar No. 1010769)
Mark C. Leffler (admitted pro hac vice)

3

CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: craig@clalegal.com
Email: mark@clalegal.com
*Counsel for Plaintiff*