**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PAUL DUMAS,

     Plaintiff,

v.                              CASE NO.: 0:25-cv-62123-RS

EQUIFAX INFORMATION SERVICES,
LLC., *et al.*,

     Defendants.

## NOTICE OF SETTLEMENT

Plaintiff Paul Dumas ("Plaintiff"), by counsel, hereby notifies the Court that a settlement has been reached regarding her claims against Defendant Trans Union LLC ("Trans Union"). Plaintiff and Trans Union are in the process of completing the final settlement documents. Pending execution of those documents, Plaintiff and Trans Union shall timely file the proper form of dismissal with the Court.

Respectfully submitted,

By:   /s/ *Craig C. Marchiando*
Craig C. Marchiando
Fla Bar ID # 1010769
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Main No.: 757-930-3660
Facsimile: 757-930-3662
Email: craig@clalegal.com

1

*Attorney for Plaintiff*