**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

PAUL DUMAS,

     Plaintiff,

v.                                    Case No.: 0:25-cv-62123-RS

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, TD BANK, NATIONAL
ASSOCIATION, JPMORGAN CHASE BANK,
N.A., and VALLEY NATIONAL BANK,

     Defendants.

_____/

## JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE

Defendant, VALLEY NATIONAL BANK ("Valley"), and Plaintiff, PAUL DUMAS ("Dumas" and together with Valley, the "Parties"), by and through their undersigned counsel and pursuant to this Court's Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge (the "Scheduling Order"), hereby stipulate to the extension of the fact discovery deadline from July 31, 2026, through and including August 14, 2026.

The Parties[1] reserve the right to further extend the fact discovery deadline, so long as such extension does not impact any of the other deadlines contained in the Scheduling Order.

Dated: July 8, 2026

| | |
|---|---|
| /s/ Andrew W. Lennox | /s/  Craig C. Marchiando |
| Andrew W. Lennox    (FBN: 937681) | Craig C. Marchiando (FBN 1010769) |
| alennox@lennoxlaw.com | craig@clalegal.com |
| Casey Reeder Lennox (FBN: 041986) | CONSUMER LITIGATION |
| clennox@lennoxlaw.com | ASSOCIATES, P.C. |
| LENNOX LAW, P.A. | 763 j. Clyde Morris Blvd., Suite 1-A |
| PO Box 20505 | Newport News, VA 23601 |
| Tampa, FL 33622 | Telephone:  (757) 930-3660 |
| Telephone:  813-831-3800 | Fax:  (757) 930-3662 |
| Fax: 813-749-9456 | *Counsel for Plaintiff, Paul Dumas* |
| *Counsel for Defendant, Valley National Bank* | |

---

[1] All other Defendants in this case have settled and are not included in this Stipulation.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on those parties receiving electronic notices via CM/ECF on this 8th day of July 2026.


s/ Andrew W. Lennox
Attorney